UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFF MULLEN, | ) |
| | ) |
| Plaintiff, | ) Case No. 4:20-CV-0862-CDP |
| | ) |
| v. | ) JURY TRIAL DEMANDED |
| | ) |
| CITY OF ST. LOUIS, et al., | ) |
| | ) |
| Defendants. | ) |

## ENTRY OF APPEARANCE

Adriano Martinez, Assistant City Counselor, hereby enters his appearance as co-counsel for Defendants City of St. Louis, "Pierre," "Kim" and "Brown," properly known as Edward Benoist, Daniel Kim, and William Brown, in their official capacities only.

Respectfully submitted,

MICHAEL A. GARVIN
CITY COUNSELOR

*/s/ Adriano Martinez*
Adriano Martinez
Mo. Bar No. 69214
Assistant City Counselor
1200 Market Street
City Hall, Room 314
St. Louis, MO  63103
314.622.4651
FAX: 314.622.4956
martineza@stlouis-mo.gov
*Attorney for Defendants*

cc: Plaintiff's counsel