UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JEFF MULLEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:20 CV 862 CDP |
| ) | |
| CITY OF ST. LOUIS, MISSOURI, ) | |
| et al. ) | |
| ) | |
| Defendants. ) | |

## JUDGMENT

In accordance with the Memorandum and Order entered this same date,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Counts I, II, III, V, VI, and VII of plaintiff's Amended Complaint are dismissed for failure to state a claim.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that Counts IV and VIII of plaintiff's Amended Complaint are dismissed without prejudice.

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　CATHERINE D. PERRY
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated this 10th day of December, 2021.